MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 15 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:14-CR-66-EFS |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | Vio: 18 U.S.C. § 2113(a) |
| SCOTT E. RUZIECKI and CHARLES D. WEST, | Bank Robbery (Counts 1-3) |
| Defendants. | |

The Grand Jury Charges:

COUNT 1

That on or about August 9, 2013, in the Eastern District of Washington, SCOTT E. RUZIECKI and CHARLES D. WEST, by force, violence, and by intimidation, did take from the person and presence of a bank teller / customer service representative approximately $706.00 of money belonging to and in the care, custody, control, and management of Banner Bank, located inside the Safeway store at 3919 N. Market Street, Spokane, Washington, the deposits of

INDICTMENT – 1
04-15-14 Ruziecki and West Indictment.dotm

which were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. §§ 2113(a) and 2.

## COUNT 2

That on or about August 12, 2013, in the Eastern District of Washington SCOTT E. RUZIECKI and CHARLES D. WEST, by force, violence, and by intimidation, did take from the person and presence of a bank teller / customer service representative approximately $2,577.00 of money belonging to and in the care, custody, control, and management of U.S. Bank, located inside the Albertsons store at 8851 E. Trent, Spokane, Washington, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. §§ 2113(a) and 2.

## COUNT 3

That on or about August 16, 2013, in the Eastern District of Washington SCOTT E. RUZIECKI, by force, violence, and by intimidation, did take from the person and presence of a bank teller / customer service representative approximately $1,007.00 of money belonging to and in the care, custody, control, and management of Banner Bank, located at 933 E. Mission, Spokane,

Washington, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. § 2113(a).

DATED this 15 day of April, 2014.

A TRUE BILL

MICHAEL C. ORMSBY
United States Attorney

Timothy J. Ohms
Assistant United States Attorney

INDICTMENT – 3
04-15-14 Ruziecki and West Indictment.dotm