# PENALTY SLIP

DEFENDANT NAME: **SCOTT E. RUZIECKI**

TOTAL NO. COUNTS:    3

VIO: **18 U.S.C. § 2113(a)**
   **Bank Robbery (Counts 1-3)**

PENALTY: **CAG not more than 20 years;**
   **and/or $250,000 fine;**
   **not more than 3 years supervised release;**
   **a $100 special penalty assessment (each count)**

CASE NO. __**2:14-CR-66-EFS-1**_____

AUSA INITIAL   TJO _____

P40411jm.TOB