MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No. 2: 14-CR-00066-EFS |
| SCOTT E. RUZIECKI, and<br>CHARLES D. WEST, | Rule 12.4(a)(2) Notice of an<br>Organizational Victim |
| Defendants. | |

     Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney, for the Eastern District of Washington, and Timothy J. Ohms, Assistant United States Attorney for the Eastern District of Washington, hereby provides notice, pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, that an organization, specifically, Banner Bank, 3919 N. Market Street, Spokane, Washington, is a victim of the criminal offense that Defendants SCOTT E. RUZIECKI and CHARLES D. WEST allegedly committed. Banner Bank is a corporation. U.S. Bank, 8851 E. Trent, Spokane, Washington, is a victim of the criminal offense that Defendants SCOTT E. RUZIECKI and CHARLES D. WEST allegedly committed. U.S. Bank is a corporation. Banner Bank, 933 E. Mission,

Rule 12.4(a)(2) Notice of an Organizational Victim - 1
P40421m.TOB

Spokane, Washington, is a victim of the criminal offense that Defendant SCOTT E. RUZIECKI allegedly committed. Banner Bank is a corporation.

Dated: April 28, 2014.

MICHAEL C. ORMSBY
United States Attorney

s/   Timothy J. Ohms
Timothy J. Ohms
Assistant United States Attorney

I hereby certify that on April 28, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert Fischer
Federal Defenders
10 North Post, Suite 700
Spokane, WA  99201

s/ Timothy J. Ohms
Timothy J. Ohms
Assistant United States Attorney

Rule 12.4(a)(2) Notice of an Organizational Victim - 2
P40421m.TOB