UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## MAGISTRATE JUDGE JOHN T. RODGERS

2:14-cr-066-EFS-1
USA v  SCOTT RUZIECKI

### ARRAIGNMENT / INITIAL APPEARANCE: 6/3/14

| | | | |
|---|---|---|---|
| [ X ] | Honorable John T. Rodgers | [ X ] | Tim Ohms, USAtty |
| [ X ] | L. Stejskal, Courtroom Deputy | [ X ] | Matt Campbell, Federal Defender |
| [ X ] | Melissa Hanson, Pretrial / Probation | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Remarks

Defendant appeared with counsel and was advised of his rights and the allegations contained in the Indictment.  Based on the information contained in the Financial Affidavit, the Court appointed CJA counsel to represent defendant in this matter.   "Not guilty" pleas were entered.

The Government has filed a motion for detention; Defendant was remanded to the custody of the U.S. Marshal pending further Order of the Court.

**BAIL HEARING [S/JTR]:  Friday, 6/6/14 @ 2:00 pm**

FTR/S-740 * 1:30 - 1:38 pm
ARRAIGNMENT / INITIAL APPEARANCE: 6/3/14