\

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:14-CR-066-EFS |
|---|---|
| Plaintiff, | ORDER FOLLOWING: |
| vs. | ☒ INITIAL APPEARANCE |
| SCOTT E. RUZIECKI, | ☒ ARRAIGNMENT |
| Defendant. | |

At Defendant's June 2, 2014, arraignment on Indictment, Defendant appeared, in custody, with Assistant Federal Defender Matthew A. Campbell. He was advised of, and acknowledged, his rights. Assistant U.S. Attorney Timothy J. Ohms represented the United States.

☒ Defendant, on Defendant's plea(s) of not-guilty, is bound over to the United States District Court for trial.

☒ Bail hearing set:   **June 6, 2014, at 2:00 p.m.**

☒ Judge Rodgers

☒ Pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the court.

☒ The U.S. Probation Office personnel shall prepare a Pretrial Services Report

ORDER - 1

1  prior to the bail hearing, and shall notify defense counsel prior to
2  interviewing Defendant.
3  DATED June 3, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2