AO 442 (Rev. 12/12) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>SCOTT E. RUZIECKI<br><br>_Defendant_ | )<br>)<br>) Case No. 2:14-CR-66-EFS-1<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  SCOTT E. RUZIECKI ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18 USC 2113(a) BANK ROBBERY

Date: Apr 15, 2014, 3:49 pm

CLERK OF COURT
By: _[signature]_
SEAN F. McAVOY, Clerk

City and state:  Spokane, Washington

BY HONORABLE:  MAGISTRATE JUDGE JOHN T. RODGERS     BAIL FIXED AT:  AUSA SEEKS DETENTION

---

**Return**

This warrant was received on _(date)_ 4/15/14 , and the person was arrested on _(date)_ 6/2/14
at _(city and state)_ Spokane, WA .

Arrested within the E/WA
By: FBI
_(Agency)_ / _Arresting officer's signature_
Executed On: 6/2/14
Sign: _[signature]_ Keanan Davey, USMS
_Printed name and title_

Date: 6/2/14