Michael C. Ormsby
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:CR-14-00066-EFS-1 |
| Plaintiff, | |
| v. | JOINT STATUS REPORT |
| SCOTT E. RUZIECKI, | |
| Defendant. | |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Timothy J. Ohms, Assistant United States Attorney for the Eastern District of Washington, hereby submits the following Joint Status Report pursuant to this Court's Order. (ECF No. 39).

The undersigned represents that Jeffry Finer, attorney for Scott E. Ruziecki, was consulted and agrees with the following Joint Status Report.

On June 18, 2014, counsel for both parties in this case conducted a teleconference to discuss the status of discovery as well as the Court's proposed scheduling Order. The United States advised defense counsel three agencies

Joint Status Report
P4068jm.TOA

were involved in the investigation and that all relevant discovery has been requested from these agencies and was provided to defense counsel on June 5, 2014.

The parties agree to the deadlines set by the court for pre-trial motions, disclosure of grand jury transcripts, exhibit and witness lists, trial briefs, jury instructions. These will be filed and emailed to the court at least 10 days prior to trial. There are no confidential informants in this case.

Dated: June 18, 2014

    MICHAEL C. ORMSBY
    United States Attorney

    s/ Timothy J. Ohms

    TIMOTHY J OHMS
    Assistant United States Attorney

I hereby certify that on June 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Jeffry Finer.

    s/ Timothy J. Ohms
    Timothy J. Ohms

Joint Status Report
P4068jm.TOA