# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>             vs.<br><br>SCOTT E. RUZIECKI (01)<br>CHARLES D. WEST (02)<br>                              Defendant. | **Case No.**  CR-14-0066-EFS-01,02<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 08/25/2014  **LOCATION:** Spokane<br><br>**CHANGE OF PLEA HEARING** |

| Senior Judge Edward F. Shea | | |
|---|---|---|
| Cora Vargas<br><br>**Courtroom Deputy** | 02<br><br>**Law Clerk**                    **Interpreter** | Mark Snover<br><br>**Court Reporter** |
| Timothy Ohms<br><br><br>**Plaintiff's Counsel** | | Jeffry Finer for Scott Ruziecki<br>Robert Fischer for Charles West<br><br>**Defendant's Counsel** |

**[XX] Open Court**

Defendants present in custody of the US Marshal

Oath administered to defendants for change of plea

Plea Agreements signed and filed
Court advises defendants of Constitutional Rights given up by plea of guilty

Orders accepting guilty plea signed and filed
Orders re: schedule for guideline sentencing - filed
All pending motions denied as moot

**Sentencing** set for **12/4/2014** at **R/EFS** at **9:00 am for Defendant Ruziecki** and **9:30 am for Defendant West**

U.S. Probation Officer to prepare the PSIR

**[XX] ORDER FORTHCOMING**

| CONVENED:  9:07AM | ADJOURNED:  10:05 AM | TIME:  / 58 MINUTES | |
|---|---|---|---|